Argued December 10, affirmed December 23, 1970

STATE OF OREGON, *Respondent, v.* (No. C-52724)
DRUCILLA RAYE BALDWIN, *Appellant*

478 P2d 437

Richard A. Reichsfeld and Gregory & Reichsfeld, Portland, for appellant.

Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem, for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Defendant, appearing with counsel, pleaded guilty

to obtaining money by false pretenses in violation of ORS 165.205. She was given the maximum sentence.

On appeal she contends (1) that she was not fully advised of her rights, and (2) that the sentence was excessive.

■ Her first assignment of error presents no issue for review. ORS 138.050; *State v. Brudos,* 3 Or App 239, 471 P2d 861, Sup Ct *review denied* (1970).

■ Her second assignment of error has no merit.[1] *State v. Fraley,* 2 Or App 238, 467 P2d 683 (1970).

Affirmed.

---

[1] While it is not determinative of the issue, we note from the record that defendant is not a first offender.